CYRIL J. REDMOND and Another, as Receivers in the Action " The Anglo-South American Trust Company and Heino F. Busch, as Trustees for the Benefit of the Holders of the Bonds Secured by a Mortgage or Deed of Trust Executed by Court and Montague Street Realty Corporation v. Court and Montague Street Realty Corporation et al.," Respondents, v. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York and THE BANK OF UNITED STATES, Appellants, and Others, Defendants.— Order granting plaintiffs' motion for summary judgment and denying motion of the appealing defendants for summary judgment, and judgment in favor of the plaintiffs entered thereon, in an action to recover taxes paid on property which the defendants were obligated to pay, unanimously affirmed, with ten dollars costs and disbursements. The second mortgagee was expressly obligated to pay these taxes as a consequence of its engagements with the owner of the fee and the mortgagor, in the event it entered into possession of the premises and collected rents thereof. The plaintiffs, in order to prevent a forfeiture, paid these taxes which the second mortgagee was thus obligated to pay, which forfeiture was threatened by the owner of the fee. In so doing the plaintiffs, on behalf of the first mortgagee, became subrogated to the rights of the owner of the fee as against the second mortgagee. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ.

FRANK J. ROCHE, Respondent, v. MARY A. ROCHE, Appellant.— Order giving leave to plaintiff in a divorce action to serve a supplemental complaint setting up facts alleged to have occurred since the action was brought and directing that the cause retain its place on the calendar without service of a new note of issue, affirmed, without costs. It appears that the defendant is already receiving thirty dollars per week alimony under a prior decree of separation; that she has substantial property interests; and that she has already been allowed a counsel fee of $200 in this action. Therefore, it was within the discretion of the court at Special Term not to impose additional terms in granting this order. If the supplemental complaint has been served, defendant has leave to serve answer thereto within ten days from the entry of the order herein. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.